447 A.2d 660

Commonwealth v. Brabham, Appellant.

Submitted September 21, 1981. James W. Harris, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence of the learned York County Common Pleas Court Judge Emanuel A. Cassimatis affirmed.